THE STATE OF TEXAS   CAUSE NO: 1421328/1421329
VS                        01-14-00980-CR & 01-14-00981-CR
David James Chapman         X        In the 183rd Judicial
                                     Court of Harris County
                                     Texas

## Defendants motion in limine

To the Honorable Judge of said court:
Comes now, David James Chapman Defendant in the above styled and numbered cause and files this motion in limine and for good cause moves and prays this court to order the prosecutors representing the State of texas, all of the States witnesses, to refrain from mentoring or suggesting in the States voir dire and/or opening Statements to the Jury by question answer, Statement objection side-bar remark, or in any other manner that any of the following facts exist

✔ 1. Any record of prior criminal arrest which has not resulted in the conviction with which the defendant could be impeached Should the defendant take the stand to testify in his/her behalf.

2. Any suggestion or statement that there are other cases now pending against the defendant.

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

JUN - 5 2015

CHRISTOPHER A. PRINE

CLERK _____

3. The existance of any items of tangible evidence secured as a result of the search of this defendant or his/her property, and unless or until the admission and/or admissibility thereof is first tested out of the presence and hearing of the trier of facts.

4. The existance of any items of relevant evidence including any items from the alleged car which defendant alleged and possesion of and/or was riding in and/or rode in, until and unless the chain of custody is adequately established

5. The statement by the prosecutor before the jury that the defense should introduce into evidence those documents, instruments, reports, or other memorandum which the defendant seeks to discover and examine because such items were used before the jury by the prosecution in such a manner as to make the contents an issue of which were statements of a prosecution witness who has testified on direct examination for the state as well as the statement by the prosecutor that state wishes to introduce such documents, instruments, reports evidentiary they do not produce such order the state, by and through its prosecution, to first approach the